UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

                                          ORDER
        v.                                  04-CR-332A

DONALD HIBBARD,

                     Defendant.

_____

Upon motion by the defendant, Donald Hibbard, the Court hereby recommends that the defendant be confined at FCI McKean.  The judgment will reflect the Court's recommendation.

        IT IS SO ORDERED.

                                          /s/ Richard J. Arcara

                                          _____
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

Dated: May    18    , 2005